UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 19-25174-CIV-MARTINEZ-OTAZO-REYES

GIANNI ARRIAGA and NATALIA RABKO,
individually and on behalf of all others similarly situated,
    Plaintiffs,

vs.

450 NORTH RIVER DRIVE LLC, et al.,
    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Renewed Joint Motion to Approve Settlement Agreement and for Entry of Final Order of Dismissal of Action with Prejudice ("Renewed Motion"), [ECF No. 81]. The parties filed a copy of the Settlement Agreement for the Court to review, [ECF No. 81-1]. After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the agreement represents a fair and reasonable resolution of a bona fide FLSA dispute. Accordingly, it is hereby **ORDERED and ADJUDGED** that

1. The parties' Renewed Motion, [ECF No. 81], is **GRANTED**.
2. The parties' Settlement Agreement, including those portions for attorneys' fees and costs, is hereby **APPROVED**.
3. This action is **DISMISSED with prejudice**.
4. This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**. The Court retains jurisdiction to enforce the parties' Settlement Agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of July, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record